

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2014

No. 04-14-00008-CV

Chris **STONE,**
Appellant

v.

**TALBERT OPERATIONS, LLC,**
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-08-00195-CVL
Honorable Stella Saxon, Judge Presiding

# O R D E R

In response to this court's order issued March 5, 2014, the court reporter has informed the court that no record was taken on November 18, 2013. Accordingly, we order appellant to file his brief no later than 30 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court